UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONNIE ARIAS,<br>    Plaintiff<br><br>V.<br><br>ANTHONY T. RENDLEMAN and<br>HIRSCHBACH TRANSPORTATION<br>SERVICES, INC.<br>    Defendants | Civil Action No. 1:18-12430- JMD |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to Fed. R. Civ. P. 41 (a)(i)(A)(ii), hereby stipulate that said action be dismissed with prejudice and without costs. All rights of appeal waived.

| | |
|---|---|
| RONNIE ARIAS<br>By Plaintiff's attorney,<br><br> /s/ Erica Pereira<br>Erica L. Pereira, Esq. BBO # 676642<br>Keches Law Group<br>2 Lakeshore Center, 3rd Floor<br>Bridgewater, MA 02324<br>(508) 822-8000 | ANTHONY T. RENDLEMAN and<br>HIRSCHBACH TRANSPORTATION<br>SERVICES, INC.<br>By Defendant's attorney,<br><br> /s/ Christopher Storm<br>Sean F. McDonough, BBO # 564723<br>smcdonough@morrisonmahoney.com<br>Christopher Storm<br>cstorm@morrisonmahoney.com<br>Morrison Mahoney, LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>(617) 439-7500 |

DATED: July 29, 2021